**Robert L. KERN, Appellant,**

**v.**

**Scott FRANCIK, Employed as Correctional Counselor at Anamosa State Penitentiary; John Ault, Employed as Warden (now ex-warden) at Anamosa State Penitentiary; John Fayram, Employed as Deputy Warden at Anamosa State Penitentiary; Jerry Connolly, Hospital Administrative Director of Nursing at Anamosa State Penitentiary; Christopher Meeks, was Employed as Deputy Director of Corrections, Central Office, 510 East 12th Street, Suite 3, Des Moines, IA 50319; William Sperfslage, Employed as Deputy Warden at Iowa State Penitentiary; Dennis W. Brumbaugh, Employed as a Unit Manager in Cellhouse 419 at the Iowa State Penitentiary; Richard Larkin, Employed as a Correctional Counselor at Cellhouse 419 at the Iowa State Penitentiary, Appellees.**

No. 09–1710.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 28, 2010.

Filed: Feb. 4, 2010.

Patrick E. Ingram, Mears Law Office, Iowa City, IA, for Appellant.

Robert L. Kern Fort Madison, IA, pro se.

William Allen Hill, Attorney General's Office, Des Moines, IA, for Appellees.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Iowa inmate Robert Lee Kern appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action alleging retaliatory transfer. Reviewing de novo, *see Anderson v. Larson,* 327 F.3d 762, 767 (8th Cir.2003) (standard of review), we agree with the district court that the summary judgment record did not support a claim of retaliatory transfer, *see Sisneros v. Nix,* 95 F.3d 749, 752 (8th Cir.1996) ("In a retaliatory transfer case, 'the burden is on the prisoner to prove that but for an unconstitutional, retaliatory motive the transfer would not have occurred.'" (citation omitted)). Additionally, we find no merit to Kern's appellate arguments that his counsel was ineffective, *see Watson v. Moss,* 619 F.2d 775, 776 (8th Cir.1980) (per curiam) (no right to effective assistance of counsel in civil case), and that he was not afforded sufficient discovery,

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District

*see Pony Computer, Inc. v. Equus Computer Sys. of Mo.,* 162 F.3d 991, 996 (8th Cir.1998) (where plaintiff moved to compel but failed to explain how additional discovery would provide support for any of its claims, district court did not abuse its discretion in granting summary judgment on record without further discovery). Accordingly, we affirm. *See* 8th Cir. R. 47B.